# EXHIBIT E

Click to Print

Printed on: Thursday, January 14, 2010 17:13:35 EST

## Case History Search

Search Created:
Thursday, January 14, 2010 17:13:35
EST

| | | | |
|---|---|---|---|
| **Court:** | DE Court of Chancery Civil Action | **Judge:** | Strine, Leo E | **File & Serve Live Date:** | 10/26/2009 |
| **Division:** | N/A | **Case Number:** | 5020-VCS | **Document(s) Filed:** | 137 |
| **Case Type:** | Appraisal | **Case Name:** | F L I Deep Marine LLC vs Paul McKim | **Date Range:** | All |

1-65 of 65 transactions    <<Prev Page 1 of 1 Next>>

| Transaction ▼ | Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| 28803707 | 1/6/2010 9:17 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 71 | Order | Granted (Proposed Form of Order) • Linked to (1) | 0.1MB |
| 28802982 | 1/5/2010 9:51 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 70 | Motion for Pro Hac Vice | Motion for Admission Pro Hac Vice Regarding Anthony Paduano | 0.1MB |
| | | | | | | Certification for Pro Hac Vice | Certification for Motion for Admission Pro Hac Vice of Anthony Paduano | 0.1MB |
| | | | | | | Proposed Order | Proposed Form of Order • Linked from (1) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service and Service List | 0.1MB |
| 28730037 | 12/30/2009 3:06 PM EST | File Only | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Diane McGrellis, DE Court of Chancery Civil Action | 69 | Official Transcript (Addl Fees Apply) | Office Conference October 2, 2009 | 0.1MB |
| 28711788 | 12/29/2009 4:48 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Kelly Green, Klehr Harrison Harvey Branzburg & Ellers LLP-Wilmington | 68 | Reply Brief | Reply Brief in Further Support of Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of A Protective Order Governing Confidentiality • Linked to (3) | 0.1MB |
| | | | | | | Exhibits | Unreported Cases for Reply Brief in Further Support of Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of A Protective Order Governing Confidentiality | 1.1MB |
| | | | | | | Certificate of Service | Certificate of Service for Reply Brief in Further Support of Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of A Protective Order Governing Confidentiality | 0.1MB |
| 28698276 | 12/29/2009 8:19 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 67 | Order | Granted (Proposed Order and Stipulation Extending Time to Respond to the Complaint) • Linked to (1) | 0.1MB |
| 28689670 | 12/28/2009 | File | 5020-VCS | Leo E Strine, | 66 | Other | Return receipt (green card) for | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3:36 PM EST | And Serve | F L I Deep Marine LLC vs Paul McKim | DE Court of Chancery Civil Action | | registered mailing | |
| 28680746 | 12/28/2009 11:01 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Kelly Green, Klehr Harrison Harvey Branzburg & Ellers LLP-Wilmington | 65 Stipulation & (Proposed) Order | Proposed Order and Stipulation Extending Time to Respond to the Complaint <ul><li>Linked to (1)</li><li>Linked from (1)</li></ul> | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service of Proposed Order and Stipulation Extending Time to Respond to the Complaint | 0.1MB |
| 28662420 | 12/23/2009 5:41 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 64 Memorandum | Memorandum of Law in Opposition to Defendants' Motion for Entry of a Protective Order Governing Confidentiality <ul><li>Linked to (1)</li><li>Linked from (1)</li></ul> | 0.1MB |
| | | | | | Exhibits | Exhibit A to Memorandum of Law in Opposition to Defendants' Motion for Entry of a Protective Order Governing Confidentiality | 0.1MB |
| | | | | | Exhibits | Exhibit B to Memorandum of Law in Opposition to Defendants' Motion for Entry of a Protective Order Governing Confidentiality | 0.1MB |
| | | | | | Proposed Order | Proposed Order Regarding Memorandum of Law in Opposition to Defendants' Motion for Entry of a Protective Order Governing Confidentiality | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service Regarding Memorandum of Law in Opposition to Defendants' Motion for Entry of a Protective Order Governing Confidentiality | 0.1MB |
| 28659125 | 12/23/2009 4:12 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 63 Order | Granted (Stipulation Extending Time to Respond to the Complaint to January 15, 2010) <ul><li>Linked to (1)</li></ul> | 0.1MB |
| 28656410 | 12/23/2009 3:07 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Joseph C Schoell, Drinker Biddle & Reath LLP-Wilmington | 62 Stipulation & (Proposed) Order | Stipulation Extending Time to Respond to the Complaint to January 15, 2010 <ul><li>Linked to (1)</li><li>Linked from (1)</li></ul> | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service for serving Stipulation Extending Time to Respond to the Complaint to January 15, 2010 | 0.1MB |
| 28655505 | 12/23/2009 2:26 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 61 Other | Return receipt (green card) for registered mailing. | 0.1MB |
| 28597977 | 12/19/2009 10:40 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 60 Affidavit | Affidavit of Service of Return Receipt and Registered Mailing <ul><li>Linked to (8)</li></ul> | 0.1MB |
| | | | | | Summons | Summons 1 NJK Holding Corporation with Return of Service (Affidavit of Brandywine) | 0.1MB |
| | | | | | Summons | Summons 2 Nazzer Kazminy, John Ellingboe Paul McKim of NJK Holdings Corporation | 0.1MB |
| | | | | | Summons | Summons 3 Deep Marine Technology | 0.1MB |
| | | | | | Summons | Summons 4 Officers of Deep Marine Technology | 0.1MB |
| | | | | | Summons | Summons Number 5 Otto Candies | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | LLC | |
| | | | | | Summons | Summons 6 Otto Candies Jr. and Otto Candies III of Otto Candies LLC | 0.1MB |
| | | | | | Summons | Summons 7 Nassar Kazeminy | 0.1MB |
| | | | | | Summons | Summons 8 DCC Ventures LLC | 0.1MB |
| | | | | | Summons | Summons 9 Nasser Kazeminy of DC Venture LLC | 0.1MB |
| | | | | | Exhibits | Exhibit 1 to the Summonses | 0.4MB |
| | | | | | Exhibits | Exhibit 2 to the Summonses | 0.7MB |
| | | | | | Certificate of Service | Certificate of Service Regarding Affidavit of Service of Return Receipt and Registered Mailing | 0.1MB |
| 28577182 | 12/18/2009 9:56 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 59 Order | Granted (Stipulation and Proposed Order Extending Time to Respond to the Complaint for Defendant Paul McKim) <br> • Linked to (1) | 0.1MB |
| 28569470 | 12/17/2009 4:51 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Patricia L Enerio, Proctor Heyman LLP | 58 Stipulation & (Proposed) Order | Stipulation and Proposed Order Extending Time to Respond to the Complaint for Defendant Paul McKim <br> • Linked to (1) <br> • Linked from (1) | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service to Stipulation and Proposed Order Extending Time to Respond to the Complaint for Defendant Paul McKim | 0.1MB |
| 28559968 | 12/17/2009 12:40 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Kelly Green, Klehr Harrison Harvey Branzburg & Ellers LLP-Wilmington | 56 Motion for protective order | Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of a Protective Order Governing Confidentiality <br> • Linked from (2) | 0.1MB |
| | | | | | 57 Brief | Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of a Protective Order Governing Confidentiality <br> • Linked from (1) | 0.1MB |
| | | | | | Proposed Order | Proposed Order to Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of a Protective Order Governing Confidentiality | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service to Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of a Protective Order Governing Confidentiality | 0.1MB |
| | | | | | Exhibits | Unreported Cases to Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of a Protective Order Governing Confidentiality | 1.3MB |
| | | | | | Exhibits | Exhibits A and B to Defendants | 1.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of a Protective Order Governing Confidentiality | |
| | | | | | Certificate of Service | Certificate of Service to Defendants Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC's Motion for Entry of a Protective Order Governing Confidentiality | 0.1MB |
| 28531835 | 12/16/2009 9:43 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 54 Other | Registered mailing to Nasser Kazeminy and Otto Candies, III returned as undeliverable 12.15.2009 | 0.3MB |
| | | | | | 55 Other | Return receipt (green card) for registered mailing | 0.1MB |
| 28521660 | 12/15/2009 3:57 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Rick S Miller, Ferry Joseph & Pearce PA-Wilmington | 52 Stipulation | Stipulation Between Plaintiffs and Defendant BJ Thomas Extending Time to File Answer • Linked to (2) | 0.1MB |
| | | | | | 53 Certificate of Service | Certificate of Service of Stipulation Between Plaintiffs and Defendant BJ Thomas Extending Time to File Answer | 0.1MB |
| 28498728 | 12/14/2009 4:16 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 51 Certified Mail Return | Return Receipts For Registered Mailings. | 0.1MB |
| 28481563 | 12/11/2009 7:01 PM EST | File And Serve | Multi-Case | Gregory Stuhlman, Greenberg Traurig LLP-Main Account | 50 Letter | December 11, 2009 Letter to Vice Chancellor Strine Jr with Enclosure from Gregory E Stuhlman | 0.1MB |
| | | | | | Exhibits | December 11, 2009 Letter to Vice Chancellor Strine, Jr from K.B. Battaglini | 0.1MB |
| 28469540 | 12/11/2009 1:34 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | David S Eagle, Klehr Harrison Harvey Branzburg & Ellers LLP-Wilmington | 49 Letter | Letter to the Court Regarding Briefing Schedule • Linked to (2) | 0.1MB |
| 28453385 | 12/10/2009 4:46 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 48 Notice of Service of Request for Production | Plaintiffs First Request for Production of Documents by Defendant Otto Candies, III • Linked to (2) | 0.1MB |
| | | | | | Certificate of Service | Regarding Notice of Service and Plaintiffs First Request for Production of Documents by Defendant Otto Candies, III | 0.1MB |
| 28453148 | 12/10/2009 4:41 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 47 Notice of Service of Request for Production | Plaintiffs First Request for Production of Documents by Defendant Otto Candies, Jr. • Linked to (2) | 0.1MB |
| | | | | | Certificate of Service | Regarding Notice of Service and Plaintiffs First Request for Production of Documents by Defendant Otto Candies, Jr. | 0.1MB |
| 28452515 | 12/10/2009 4:36 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger | 46 Notice of Service of Request for Production | Plaintiffsâ€™ First Request for Production of Documents by Defendant Otto Candies, LLC • Linked to (2) | 0.1MB |
| | | | | | Certificate of | Regarding Notice of Service and | 0.1MB |

| | | | Hoffman LLP | Service | Plaintiffs's First Request for Production of Documents by Defendant Otto Candies, LLC | |
|---|---|---|---|---|---|---|
| 28436271 | 12/9/2009 8:39 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Kelly Green, Klehr Harrison Harvey Branzburg & Ellers LLP-Wilmington | 45 Letter | Letter to Vice Chancellor Strine from David S. Eagle Regarding Counsel's Attempts to Reach Agreement on a Confidentiality Stipulation and Protective Order to Govern Discovery in C.A. No. 5020, dated December 9, 2009.<br>• Linked to (2)<br>• Linked from (1) | 0.1MB |
| | | | | | Exhibits | Exhibit A to Letter to Vice Chancellor Strine from David S. Eagle Regarding Counsel's Attempts to Reach Agreement on a Confidentiality Stipulation and Protective Order to Govern Discovery in C.A. No. 5020, dated December 9, 2009. | 0.3MB |
| | | | | | Exhibits | Exhibit B to Letter to Vice Chancellor Strine from David S. Eagle Regarding Counsel's Attempts to Reach Agreement on a Confidentiality Stipulation and Protective Order to Govern Discovery in C.A. No. 5020, dated December 9, 2009. | 0.6MB |
| 28436314 | 12/9/2009 8:28 PM EST | File Only | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 44 Letter | Letter dated December 8, 2009 to The Honorable Vice Chancellor Leo E. Strine, Jr. from Laurie Schenker Polleck, Esq. Counsel & Katherine Harrison, Esq. and Of Counsel to FLI DEEP MARINE LLC, BRESSNER PARTNERS LTD., L. Langberg and H. Langberg in response to the Suggestion of Bankruptcy filed by Defendants Deep Marine Holdings, Inc. and Deep Marine Technology Inc. on December 4, 2009, which DMT voluntarily filed under Chapter 11 in the Bankruptcy Court for the Southern District of Texas<br>• Linked to (1)<br>• Linked from (1) | 0.1MB |
| 28413599 | 12/8/2009 8:05 PM EST | File Only | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 43 Memorandum | Memorandum in Further Support of Plaintiffs FLI DEEP MARINE LLC, BRESSNER PARTNERS LTD., L. Langberg and H. Langberg Motion for Commission to Depose and Obtain Documents from Joseph J. Grano, Jr. to Defendants P. McKim, B. J. Thomas, D. Erickson, F. W. Abadie, Otto Candies, Jr., Otto Candies, III, E. DePalma, L. Lenig, J. Ellingboe, B. Gilman, J. Hudgens, N. Kazeminy, DCC Ventures LLC, NJK Holdings Corporation, NKOC, Inc., Otto Candies, LLC, Deep Marine Holdings, Inc. and Deep Marine Technology, Inc.<br>• Linked to (4)<br>• Linked from (1) | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service Regarding Memorandum in Further Support of Plaintiffs' Motion for Commission to Depose and Obtain | 0.1MB |

| | | | | | | Documents from Joseph J. Grano, Jr. | |
|---|---|---|---|---|---|---|---|
| 28406691 | 12/8/2009 4:25 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 42 Register's Certificate | Register's Certificate For Registered Mailing Of NKOC, Inc. | 0.1MB |
| 28406542 | 12/8/2009 4:22 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 41 Register's Certificate | Register's Certificate For Registered Mailing Of Deep Marine Holdings, Inc. | 0.2MB |
| 28361178 | 12/4/2009 5:09 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Gregory Stuhlman, Greenberg Traurig LLP- Main Account | 40 Suggestion of Bankruptcy | Suggestion of Bankruptcy with Certificate of Service<br>• Linked to (1)<br>• Linked from (2) | 0.1MB |
| 28345684 | 12/4/2009 9:38 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Joseph C Schoell, Drinker Biddle & Reath LLP- Wilmington | 39 Notice of Service | Notice of Service of (1) Defendant F. Wade Abadie's Responses to Plaintiffs' First Request for Production of Documents; (2) Defendant Larry Lenig's Response to Plainitfs' First Request for Production of Documents; and (3) Defendant Bruce Gilman's Response to Plaintiffs' First Request for Production of Documents<br>• Linked to (3) | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service for serving Notice of Service of (1) Defendant F. Wade Abadie's Responses to Plaintiffs' First Request for Production of Documents; (2) Defendant Larry Lenig's Response to Plainitfs' First Request for Production of Documents; and (3) Defendant Bruce Gilman's Response to Plaintiffs' First Request for Production of Documents | 0.1MB |
| 28274505 | 11/30/2009 8:17 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 38 Summons | Summons with Return of Service of Defendant Deep Marine Holdings, Inc., a Delaware Corporation, Regarding Verified Appraisal Complaint with Accompanying Documents<br>• Linked to (29) | 0.1MB |
| | | | | | Summons | Plaintiffs' 3114 Summons with Returns of Service of Defendants Paul McKim, B.J Thomas, L. Lenig, J. Ellingboe, B. Gilman, J. Hudgens, D. Erickson, F. Abadie, Otto Candies III, E. DePalma in care of Deep Marine Holdings, Inc., a Delaware Corporation, Regarding Verified Appraisal Complaint with Accompanying Documents<br>• Linked from (1) | 0.2MB |
| | | | | | Summons | Summons with Return of Service of Defendant NKOC, Inc., a Delaware Corporation, Regarding Verified Appraisal Complaint with Accompanying Documents | 0.1MB |
| | | | | | Summons | Plaintiffs' 3114 Summons with Returns of Service of Defendants OTTO Candies III and Nasser Kazeminy in care of NKOC INC. a Delaware Corporation, Regarding | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Verified Appraisal Complaint with Accompanying Documents | |
| 28267028 | 11/30/2009 4:22 PM EST | File Only | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Kelly Green, Klehr Harrison Harvey Branzburg & Ellers LLP-Wilmington | 37 Notice of Service | Notice of Service of Defendant John Hudgens' (2) Defendant Eugene DePalma's and (3) Defendant Daniel Erickson's Responses to Plaintiffs FLI Deep Marine LLC, Bressner Partners Ltd., Logan Langberg and Harley Langberg's First Request for Production of Documents | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service of Notice of Service of Defendant John Hudgens' (2) Defendant Eugene DePalma's and (3) Defendant Daniel Erickson's Responses to Plaintiffs FLI Deep Marine LLC, Bressner Partners Ltd., Logan Langberg and Harley Langberg's First Request for Production of Documents | 0.1MB |
| 28235422 | 11/25/2009 3:53 PM EST | File Only | 5020-VCS F L I Deep Marine LLC vs Paul McKim | David S Eagle, Klehr Harrison Harvey Branzburg & Ellers LLP-Wilmington | 36 Notice of Service | Notice of Service of (1) Defendant NJK Holdings Corporation's, (2) Defendant DCC Ventures, LLC's, and (3) Defendant Nasser Kazeminy's Responses to Plaintiff's First Request for Production of Documents | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service of Notice of Service of (1) Defendant NJK Holdings Corporation's, (2) Defendant DCC Ventures, LLC's, and (3) Defendant Nasser Kazeminy's Responses to Plaintiff's First Request for Production of Documents | 0.1MB |
| 28234012 | 11/25/2009 3:06 PM EST | File Only | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Kelly Green, Klehr Harrison Harvey Branzburg & Ellers LLP-Wilmington | 35 Entry of Appearance | Notice of Appearance of David S. Eagle, Esquire and Kelly A. Green, Esquire on behalf of Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service of Notice of Appearance of David S. Eagle, Esquire and Kelly A. Green, Esquire on behalf of Nasser Kazeminy, John Hudgens, Eugene DePalma, Daniel Erickson, NJK Holdings Corporation and DCC Ventures, LLC | 0.1MB |
| 28199518 | 11/24/2009 11:07 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Joseph C Schoell, Drinker Biddle & Reath LLP-Wilmington | 34 Entry of Appearance | Entry of Appearance of Joseph C. Schoell on behalf of F. Wade Abadie, Bruce Gilman and Larry Lenig | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service for serving Entry of Appearance of Joseph C. Schoell on behalf of F. Wade Abadie, Bruce Gilman and Larry Lenig | 0.1MB |
| 28195247 | 11/23/2009 7:46 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Joseph Cicero, Greenberg Traurig LLP-Main Account | 33 Notice of Service | Notice of Service of Objections and Responses of Deep Marine Holdings Inc. and Deep Marine Technology Inc. to Plaintiffs' First Request for Production of Documents with Certificate of Service<br>• Linked to (1) | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28195093 | 11/23/2009 7:26 PM EST | Serve Only - Private | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Joseph Cicero, Greenberg Traurig LLP- Main Account | Response to Request for Production | Objections and Responses of Defendants Deep Marine Holdings Inc. and Deep Marine Technology Inc. to Plaintiffs' First Request for Production of Documents | 0.1MB |
| 28177913 | 11/23/2009 12:40 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Gregory Stuhlman, Greenberg Traurig LLP- Main Account | 32 Letter | Letter To The Honorable Leo E. Strine, Jr. from Gregory E. Stuhlman transmitting copies of Memorandum of Law and Compendium <br> • Linked to (1) | 0.1MB |
| 28161581 | 11/20/2009 5:11 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Gregory Stuhlman, Greenberg Traurig LLP- Main Account | 31 Memorandum | Memorandum Of Law Of Defendants Deep Marine Holdings, Inc. and Deep Marine Technology, Inc. In Opposition To Plaintiffs'; Motion For Commission <br> • Linked to (1) <br> • Linked from (3) | 0.1MB |
| | | | | | Exhibits | Exhibit A to Memorandum Of Law Of Defendants Deep Marine Holdings, Inc. and Deep Marine Technology, Inc. In Opposition To Plaintiffs'; Motion For Commission | 0.5MB |
| | | | | | Certificate of Service | Certificate of Service to Memorandum Of Law Of Defendants Deep Marine Holdings, Inc. and Deep Marine Technology, Inc. In Opposition To Plaintiffs'; Motion For Commission | 0.1MB |
| 28121134 | 11/19/2009 10:26 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 30 Issuance of Summons | Issued 2 3114 Summonses to Special Process Server (12 copies); Issued 9 3104 Summonses to Special Process Server (21 copies); Issued 2 Summonses to Special Process Serer (2 copies) <br> • Linked from (2) | 0.8MB |
| 28069933 | 11/16/2009 9:57 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 29 Motion for Commission | Plaintiffs' FLI Deep Marine LLC, Bressner Partners LTD., Logan Langberg and Harley Langberg's Motion for the Granting of a Commission to Depose and Obtain Documents from Joseph J. Grano, Jr. to Defendants Paul McKim, B.J. Thomas, D. Erickson, F.W. Abadie, Otto Candies, Jr., Otto Candies, III, E. Depalma, L. Lenig, J. Ellingboe, B. Gilman, J. Hudgens, N. Kazeminy, DCC Ventures, LLC, NLK Holdings Corporation, NKOC, Inc., Otto Candies, LLC, Deep Marine Holdings, Inc., and Deep Marine Technology, Inc. <br> • Linked to (8) <br> • Linked from (5) | 0.1MB |
| | | | | | Commission | Commission Regarding Plaintiffs' FLI Deep Marine LLC, Bressner Partners LTD., Logan Langberg and Harley Langberg's Motion for the Granting of a Commission to Depose and Obtain Documents from Joseph J. Grano, Jr. to Defendants Paul McKim, B.J. Thomas, D. Erickson, F.W. Abadie, Otto Candies, Jr., Otto Candies, III, E. Depalma, L. Lenig, J. Ellingboe, B. Gilman, J. Hudgens, N. Kazeminy, DCC Ventures, LLC, NLK Holdings Corporation, NKOC, | 0.1MB |

|  |  |  |  |  |  | Inc., Otto Candies, LLC, Deep Marine Holdings, Inc., and DMT<br>• Linked from (4) |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  | Exhibits | SCHEDULE A – TOPICS OF EXAMINATION<br>• Linked from (2) | 0.1MB |
|  |  |  |  |  | Exhibits | SCHEDULE B – DOCUMENTS REQUESTED<br>• Linked from (2) | 0.1MB |
|  |  |  |  |  | Proposed Order | Proposed Order Granting Plaintiffs' FLI Deep Marine LLC, Bressner Partners LTD., Logan Langberg and Harley Langberg's Motion for the Granting of a Commission to Depose and Obtain Documents from Joseph J. Grano, Jr. to Defendants Paul McKim, B.J. Thomas, D. Erickson, F.W. Abadie, Otto Candies, Jr., Otto Candies, III, E. Depalma, L. Lenig, J. Ellingboe, B. Gilman, J. Hudgens, N. Kazeminy, DCC Ventures, LLC, NLK Holdings Corporation, NKOC, Inc., Otto Candies, LLC, Deep Marine Holdings, Inc., and DMT<br>• Linked from (4) | 0.1MB |
|  |  |  |  |  | Certificate of Service | Certificate of Service Regarding Plaintiffs' FLI Deep Marine LLC, Bressner Partners LTD., Logan Langberg and Harley Langberg's Motion for the Granting of a Commission to Depose and Obtain Documents from Joseph J. Grano, Jr. to Defendants Paul McKim, B.J. Thomas, D. Erickson, F.W. Abadie, Otto Candies, Jr., Otto Candies, III, E. Depalma, L. Lenig, J. Ellingboe, B. Gilman, J. Hudgens, N. Kazeminy, DCC Ventures, LLC, NLK Holdings Corporation, NKOC, Inc., Otto Candies, LLC, Deep Marine Holdings, Inc., and DMT<br>• Linked from (3) | 0.1MB |
| 28069744 | 11/16/2009 8:18 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 28 Notice of Service of Standard Request for Producti | Notice of Service Regarding Plaintiffs' First Request for Production of Documents by Defendants Deep Marine Holdings, Inc. and Deep Marine Technology, Inc.<br>• Linked from (3) | 0.1MB |
| 28046950 | 11/13/2009 10:07 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 27 Notice of Service of Standard Request for Producti | Notice of Service Regarding Plaintiffs' First Request for Production of Documents by Defendant Larry Lenig<br>• Linked from (4) | 0.1MB |
| 28046945 | 11/13/2009 10:03 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 26 Notice of Service of Standard Request for Producti | Notice of Service Regarding Plaintiffs' First Request for Production of Documents by Defendant John Hudgens<br>• Linked from (2) | 0.1MB |
| 28046940 | 11/13/2009 9:59 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 25 Notice of Service of Standard Request for Producti | Notice of Service Regarding Plaintiffs' First Request for Production of Documents by Defendant John Ellingboe<br>• Linked from (2) | 0.1MB |

| 28046938 | 11/13/2009 9:56 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 24 Notice of Service of Standard Request for Producti | Notice of Service Regarding Plaintiffs' First Request for Production of Documents by Defendant Francis Wade Abadie • Linked from (3) | 0.1MB |
|---|---|---|---|---|---|---|---|
| 28046925 | 11/13/2009 9:53 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 23 Notice of Service of Standard Request for Producti | Notice of Service Regarding Plaintiffs' First Request for Production of Documents by Defendant Eugene DePalma • Linked from (2) | 0.1MB |
| 28046899 | 11/13/2009 9:49 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 22 Notice of Service of Standard Request for Producti | Notice of Service and Plaintiffs' First Request for Production of Documents by Defendant Daniel Erickson • Linked from (2) | 0.1MB |
| 28046874 | 11/13/2009 9:46 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 21 Notice of Service of Request for Production | Notice of Service and Plaintiffs' First Request for Production of Documents by Defendant Bruce Gilman • Linked from (3) | 0.1MB |
| 27993974 | 11/11/2009 12:54 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 20 Summons Instructions | Summons Instruction Letter • Linked to (8) • Linked from (2) | 0.1MB |
|  |  |  |  |  | Statement Pursuant to Rule 4(d)(c) | Supplemental Statement Pursuant to Chancery Court Rule 4(d)(c) • Linked from (2) | 0.1MB |
| 27979498 | 11/10/2009 2:58 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs | Leo E Strine, DE Court of Chancery Civil Action | 19 Order | Granted (Proposed Order) • Linked to (1) | 0.1MB |
| 27968484 | 11/10/2009 9:55 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Joseph Cicero, Greenberg Traurig LLP-Main Account | 16 Motion for Pro Hac Vice | Motion for Admission Pro Hac Vice of K. B. Battaglini | 0.1MB |
|  |  |  |  |  | 17 Proposed Order | Proposed Order • Linked from (1) | 0.1MB |
|  |  |  |  |  | 18 Certification for Pro Hac Vice | Certification of K. B. Battaglini | 0.1MB |
| 27966891 | 11/9/2009 7:36 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 15 Notice of Service of Standard Request for Producti | Notice of Service Regarding Plaintiffs' First Request for Production of Documents by Defendant NKOC, Inc. • Linked from (2) | 0.1MB |
| 27966852 | 11/9/2009 7:31 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 14 Notice of Service of Standard Request for Producti | Notice of Service Regarding Plaintiffs' First Request for Production of Documents by Defendant NJK Holdings Corporation • Linked from (2) | 0.1MB |
| 27941332 | 11/6/2009 10:02 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 13 Notice of Service of Standard Request for Producti | Plaintiffs' First Request for Production of Documents by Defendant Nasser Kazeminy • Linked from (2) | 0.1MB |
| 27941286 | 11/6/2009 9:20 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 12 Notice of Service of Standard Request for Producti | Plaintiffs' First Request for Production of Documents by Defendant DCC Ventures, LLC • Linked from (2) | 0.1MB |
| 27867491 | 11/3/2009 3:15 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs | Leo E Strine, DE Court of Chancery Civil | 11 Order | Granted (Proposed Form of Order (Motion for pro hac vice Regarding Katherine B. Harrison)) | 0.1MB |

| ID | Date/Time | Type | Case | Party | # | Document Type | Description | Size |
|---|---|---|---|---|---|---|---|---|
| | | | Paul McKim | Action | | | • Linked to (1) | |
| 27867436 | 11/3/2009 3:12 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 10 | Order | Granted (Proposed Form of Order (Motion for pro hac vice Regarding Jason S. Snyder)) • Linked to (1) | 0.1MB |
| 27854236 | 11/2/2009 7:43 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 9 | Motion for Pro Hac Vice | Motion for pro hac vice Regarding Jason S. Snyder | 0.1MB |
| | | | | | | Certification | Certification (Motion for pro hac vice Regarding Jason S. Snyder) | 0.1MB |
| | | | | | | Order for Pro Hac Vice | Proposed Form of Order (Motion for pro hac vice Regarding Jason S. Snyder) • Linked from (1) | 0.1MB |
| 27854109 | 11/2/2009 7:36 PM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Laurie Schenker Polleck, Jaspan Schlesinger Hoffman LLP | 8 | Motion for Pro Hac Vice | Motion for pro hac vice Regarding Katherine B. Harrison | 0.1MB |
| | | | | | | Certification | Certification (Motion for pro hac vice Regarding Katherine B. Harrison) | 0.1MB |
| | | | | | | Proposed Order | Proposed Form of Order (Motion for pro hac vice Regarding Katherine B. Harrison) • Linked from (1) | 0.1MB |
| 27832437 | 11/2/2009 8:06 AM EST | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Rick S Miller, Ferry Joseph & Pearce PA-Wilmington | 7 | Letter | Letter to Vice Chancellor Strine from Rick S. Miller, Esquire, requesting appearance by telephone at the hearing scheduled for 10:00 a.m. on November 2, 2009 • Linked to (1) | 0.1MB |
| 27826385 | 10/30/2009 5:40 PM EDT | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Joseph Cicero, Greenberg Traurig LLP-Main Account | 5 | Entry of Appearance | Notice of Appearance of Greenberg Traurig , LLP for Defendants Deep Marine Holdings, Inc. and Deep Marine Technology, Inc. with Certificate of Service • Linked to (1) | 0.1MB |
| | | | | | 6 | Memorandum | Memorandum of Law of Defendants Deep Marine Holdings, Inc. and Deep Marine Technology, Inc. In Opposition To Plaintiffs' Motion For A Temporary Restraining Order and Expedited Discovery • Linked to (1) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service to Memorandum of Law of Defendants Deep Marine Holdings, Inc. and Deep Marine Technology, Inc. In Opposition To Plaintiffs' Motion For A Temporary Restraining Order and Expedited Discovery | 0.1MB |
| | | | | | | Letter | Letter to The Honorable Leo E. Strine, Jr. from Joseph B. Cicero, Esquire transmitting Memorandum of Law | 0.1MB |
| 27822190 | 10/30/2009 4:00 PM EDT | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Patricia L Enerio, Proctor Heyman LLP | 4 | Entry of Appearance | Notice of Entry of Appearance for Defendant Paul McKim with Certificate of Service • Linked to (1) | 0.1MB |
| 27798616 | 10/29/2009 2:55 PM EDT | File And Serve | 5020-VCS F L I Deep Marine LLC vs Paul McKim | Rick S Miller, Ferry Joseph & Pearce PA-Wilmington | 3 | Entry of Appearance | Entry of Appearance of Rick S Miller Esq for Defendant BJ Thomas • Linked to (1) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of Entry of Appearance | 0.1MB |
| 27746024 | 10/26/2009 10:09 PM | File Only | 5020-VCS F L I Deep | Laurie Schenker | 1 | Complaint with 3 or More | PLAINTIFFS' FLI DEEP MARINE LLC, BRESSNER PARTNERS LTD., | 0.2MB |

| | | | | | |
|---|---|---|---|---|---|
| EDT | Marine LLC vs Paul McKim | Polleck, Jaspan Schlesinger Hoffman LLP | Defendants | LOGAN LANGBERG and HARLEY LANGBERG VERIFIED COMPLAINT FOR APPRAISAL AGAINST PAUL MCKIM, B.J. THOMAS, DANIEL ERICKSON, FRANCIS WADE ABADIE, OTTO CANDIES, JR., OTTO CANDIES, III, EUGENE DePALMA, LARRY LENIG, JOHN : ELLINGBOE, BRUCE GILMAN, JOHN HUDGENS, NASSER KAZEMINY, DCC VENTURES, LLC, NJK HOLDINGS CORPORATION, NKOC, INC., OTTO CANDIES, LLC, DEEP MARINE HOLDINGS, INC., AND DEEP MARINE TECHNOLOGY, INC.<br>• Linked from (20) | |
| | | | 2  Motion to Expedite | Motion of Plaintiffs FLI Deep Marine LLC, Bressner Partners, Ltd., Logan Langberg and Harley Langberg for Expedited Proceedings in Aid of a Preliminary Injunction Hearing<br>• Linked from (12) | 0.1MB |
| | | | Verification to Complaint | Plaintiffs' Verifications to Complaint<br>• Linked from (6) | 0.1MB |
| | | | Affidavit | Affidavit of Katherine B. Harrison<br>• Linked from (6) | 0.3MB |
| | | | Exhibits | Exhibits to Affidavit of Katherine B. Harrison<br>• Linked from (6) | 3.0MB |
| | | | Case Information Statement | Supplemental Information Pursuant to 3(A) of the Rules of the Court of Chancery<br>• Linked from (6) | 0.1MB |
| | | | Proposed Order | Plaintiffs' Proposed Order for TRO and Expedited Proceedings Regarding Enjoining or Restricting Pertaining to the Assets of Defendants Deep Marine Holdings, Inc.<br>• Linked from (6) | 0.1MB |
| | | | Memorandum | Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and Expedited Discovery in Aid of a Preliminary Injunction Hearing<br>• Linked from (6) | 0.1MB |

1-65 of 65 transactions   <<Prev Page 1 of 1 Next>>

Click to Print

Printed on: Thursday, January 14, 2010 17:14:27 EST

## Case History Search
Search Created:
Thursday, January 14, 2010 17:14:27
EST

| **Court:** | DE Court of Chancery Civil Action | **Judge:** | Strine, Leo E | **File & Serve Live Date:** | 10/30/2009 |
| **Division:** | N/A | **Case Number:** | 5032-VCS | **Document(s) Filed:** | 38 |
| **Case Type:** | Appraisal | **Case Name:** | DeepWork Inc vs Paul McKim | **Date Range:** | All |

1-24 of 24 transactions   <<Prev Page 1 of 1 Next>>

| Transaction ▼ | Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| 28659168 | 12/23/2009 4:13 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 25 | Order | Granted (Stipulation Extending Time to Respond to the Complaint to January 15, 2010)<br>• Linked to (1) | 0.1MB |
| 28656673 | 12/23/2009 3:18 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Joseph C Schoell, Drinker Biddle & Reath LLP-Wilmington | 24 | Stipulation & (Proposed) Order | Stipulation Extending Time to Respond to the Complaint to January 15, 2010<br>• Linked to (1)<br>• Linked from (1) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service for serving Stipulation Extending Time to Respond to the Complaint to January 15, 2010 | 0.1MB |
| 28656515 | 12/23/2009 3:12 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Joseph C Schoell, Drinker Biddle & Reath LLP-Wilmington | 23 | Entry of Appearance | Entry of Appearance of Joseph C. Schoell obo F. Wade Abadie, Bruce Gilman and Larry Lenig<br>• Linked to (1) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service for serving Entry of Appearance of Joseph C. Schoell obo F. Wade Abadie, Bruce Gilman and Larry Lenig | 0.1MB |
| 28636829 | 12/22/2009 4:12 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Rick S Miller, Ferry Joseph & Pearce PA-Wilmington | 21 | Stipulation | Stipulation Between Plaintiff and Defendant BJ Thomas Extending Time for Defendant to File Answer<br>• Linked to (1) | 0.1MB |
| | | | | | 22 | Certificate of Service | Certificate of Service of Stipulation Between Plaintiff and Defendant BJ Thomas Extending Time for Defendant to File Answer | 0.1MB |
| 28604966 | 12/21/2009 12:37 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 20 | Order | Granted (Stipulation and proposed order to extend time to respond to the Complaint)<br>• Linked to (1) | 0.1MB |
| 28582274 | 12/18/2009 12:35 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Patricia L Enerio, Proctor Heyman LLP | 19 | Stipulation & (Proposed) Order | Stipulation and proposed order to extend time to respond to the Complaint<br>• Linked to (1)<br>• Linked from (1) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service to the Stipulation and proposed order to extend time | 0.1MB |
| 28577774 | 12/18/2009 10:53 AM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Patricia L Enerio, Proctor Heyman LLP | 18 | Entry of Appearance | Notice of Entry of Appearance for Defendant Paul McKim with Certificate of Service<br>• Linked to (1) | 0.1MB |
| 28481563 | 12/11/2009 7:01 PM EST | File And Serve | Multi-Case | Gregory Stuhlman, Greenberg Traurig LLP- | 17 | Letter | December 11, 2009 Letter to Vice Chancellor Strine Jr with Enclosure from Gregory E Stuhlman | 0.1MB |

| | | | | Main Account | Exhibits | December 11, 2009 Letter to Vice Chancellor Strine, Jr from K.B. Battaglini | 0.1MB |
|---|---|---|---|---|---|---|---|
| 28361936 | 12/4/2009 5:31 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Gregory Stuhlman, Greenberg Traurig LLP-Main Account | 16 Suggestion of Bankruptcy | Suggestion of Bankruptcy with Certificate of Service • Linked to (1) • Linked from (1) | 0.1MB |
| 28313149 | 12/2/2009 4:11 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 15 Order | Granted (STIPULATION AND [PROPOSED] ORDER EXTENDING TIME) • Linked to (1) | 0.1MB |
| 28310424 | 12/2/2009 3:22 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Gregory Stuhlman, Greenberg Traurig LLP-Main Account | 14 Stipulation & (Proposed) Order | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME • Linked to (1) • Linked from (1) | 0.1MB |
| 28269141 | 11/30/2009 5:09 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Denise Seastone Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | 13 Summons | Summons and Proof of Service via Certified Mail Retrun Receipt upon Paul McKim, B.J. Thomas, Francis Wade Abadie, Daniel Erikson, Otto Candies, III, Eugene DePalma, Larry Lenig, John Elligboe, John Hudgens, Bruce Gilman, Nasser Kazeminy, Otto Candies, Jr., Otto Candies, III, DCC Ventures, LLC. NJK Holdings Corporation, Otto Candies, LLC, Deep Marine Holdings, Inc. • Linked to (2) • Linked from (2) | 0.8MB |
| 28212986 | 11/24/2009 4:22 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Denise Seastone Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | 12 Summons | Summons and Affidavit of Service for Deep Marine Holding, Inc., B.J. Thomas, John Hudgens, Paul McKim, Francis Wade Abadie, Daniel Erickson, John Ellingboe, Bruce Gilman, Eugene DePalma, and Larry Lenig • Linked to (2) | 0.2MB |
| 28211493 | 11/24/2009 4:19 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Denise Seastone Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | 11 Summons | Summons and Affidavit of Service for NKOC, Inc., Nasser Kazaminy, Otto Candies, Jr., and Otto Candies, III • Linked to (2) | 0.1MB |
| 28026787 | 11/13/2009 11:06 AM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Rick S Miller, Ferry Joseph & Pearce PA-Wilmington | 10 Entry of Appearance | Entry of Appearance of Rick S Miller Esq for Defendant BJ Thomas • Linked to (1) | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service of Entry of Appearance | 0.1MB |
| 27980286 | 11/10/2009 3:15 PM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 9 Issuance of Summons | Issued 3104 Summons to Special Process Server (17 copies); Issued 3114 Summons to Special Process Server (4 copies); Issued 3114 Summons to Special Process Server (10 copies) • Linked from (4) | 0.3MB |
| 27955419 | 11/9/2009 2:50 PM EST | File Only | 5032-VCS DeepWork Inc vs Paul McKim | Denise Seastone Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | 8 Summons Instructions | Letter to Register in Chancery regarding summons instructions • Linked to (2) | 0.1MB |
| 27951012 | 11/9/2009 12:50 PM | File Only | 5032-VCS DeepWork Inc | Denise Seastone | 7 Summons Instructions | Letter to Register in Chancery regarding summons instructions | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | EST | | vs Paul McKim | Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | | | • Linked to (1)<br>• Linked from (1) | |
| 27921670 | 11/6/2009 10:28 AM EST | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 6 | Order | Granted (Order for Motion for Admission Pro Hac Vice of Richard A. Lesser)<br>• Linked to (1) | 0.1MB |
| 27893977 | 11/4/2009 5:18 PM EST | File Only | 5032-VCS DeepWork Inc vs Paul McKim | Denise Seastone Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | 5 | Motion for Pro Hac Vice | Motion for Admission Pro Hac Vice of Richard A. Lesser<br>• Linked to (1) | 0.1MB |
| | | | | | | Certification for Pro Hac Vice | Certification of Richard A. Lesser, Esquire, Pursuant to Rule 170(c) | 0.1MB |
| | | | | | | Order for Pro Hac Vice | Order for Motion for Admission Pro Hac Vice of Richard A. Lesser<br>• Linked from (1) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service to Motion for Admission Pro Hac vice of Richard A. Lesser | 0.1MB |
| 27826032 | 10/30/2009 5:24 PM EDT | File Only | 5032-VCS DeepWork Inc vs Paul McKim | Denise Seastone Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | 4 | Letter | Letter to The Honorable Leo E. Strine enclosing courtesy copies of Plaintiff DeepWork, Inc.'s Verified Complaint<br>• Linked to (1) | 0.1MB |
| 27824543 | 10/30/2009 4:49 PM EDT | File And Serve | 5032-VCS DeepWork Inc vs Paul McKim | Leo E Strine, DE Court of Chancery Civil Action | 3 | Order | Order Granting Leave to Permit Plaintiff Deepwork, Inc.'s Verified Complaint, Accompanying Exhibits and Supplemental Information Sheet to be Filed Nunc Pro Tunc with Date and Time Stamp of October 29, 2009, The Date of Original Electronic Filing | 0.1MB |
| 27821373 | 10/30/2009 3:42 PM EDT | File Only | 5032-VCS DeepWork Inc vs Paul McKim | Denise Seastone Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | 2 | Proposed Order | Proposed Order granting Leave to Permit Plaintiff DeepWork, Inc.'s Verified Complaint, Accompanying Exhibits and Supplemental Information Sheet to be Filed Nunc Pro Tunc With Date and Time Stamp of October 29, 2009, the Date of Original Electronic Filing<br>• Linked to (1) | 0.1MB |
| 27809360 | 10/30/2009 11:59 AM EDT | File Only | 5032-VCS DeepWork Inc vs Paul McKim | Denise Seastone Kraft, Edwards Angell Palmer & Dodge LLP-Wilmington | 1 | Complaint with 3 or More Defendants | Plaintiff DeepWork, Inc.'s Verified Complaint for Quasi-Appraisal Against Paul McKim, B.J. Thomas, Francis Wade Abadie, Daniel Erickson, Otto Candies, Jr., Otto Candies, III, Eugene DePalma, Larry Lenig, John Ellingboe, John Hudgens, Bruce Gilman, Nasser Kazeminy, DCC Ventures, LLC, NJK Holdings Corporation, NKOC, Inc., Otto Candies, LLC, Deep Marine Holdings, Inc., and Deep Marine Technology, Inc.<br>• Linked from (17) | 0.2MB |
| | | | | | | Verification to Complaint | Plaintiff DeepWork, Inc.'s Verification to Complaint | 0.1MB |
| | | | | | | Exhibits | Exhibit A to Verified Complaint | 3.1MB |
| | | | | | | Exhibits | Exhibit B to Verified Complaint | 0.2MB |
| | | | | | | Supplemental Information Sheet | Supplemental Information Sheet Pursuant to Rule 3(A) of the Rules of the Court of Chancery | 0.1MB |
| | | | | | | Letter | Letter to The Honorable William B. Chandler, III from Denise | 0.1MB |

Seastone Kraft, Esq. regarding the
October 29, 2009 electronic filing
of Plaintiff DeepWork, Inc.'s
Verified Complaint, Accompanying
Exhibits and Supplemental
Information Sheet
- Linked from (1)

1-24 of 24 transactions   <<Prev Page 1 of 1 Next>>