IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § § | | |
| DEEP MARINE HOLDINGS, INC., § et al. § § | Case No. 09-39313 | |
| § Debtors. § | Jointly Administered Chapter 11 | |

| | |
|---|---|
| DEEP MARINE HOLDINGS, INC., and DEEP MARINE TECHNOLOGY INCORPORATED<br><br>    Plaintiffs,<br><br>v.<br><br>FLI DEEP MARINE LLC, BRESSNER PARTNERS LTD., LOGAN LANGBERG HARLEY LANGBERG, AND DEEPWORK, INC.<br><br>    Defendants. | Adversary No. 10-03026 |

### DEBTORS' EXHIBIT LIST FOR THE JANUARY 21, 2010 HEARING

Deep Marine Holdings, Inc., et al. ("Debtors"), file their Exhibit List for the January 21, 2010 hearing.

**EXHIBITS**

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1 | Verified Complaint – *FLI Deep Marine and Bressner Partners Ltd., et al v. Paul McKim, et al.*, In the Court of Chancery of the State of Delaware, dated November 3, 2008 | | | |
| 2 | Order dated April 21, 2009, Dismissing Verified Complaint – *FLI Deep Marine and Bressner Partners Ltd., et al v. Paul McKim, et al.*, In the Court of Chancery of the State of Delaware, dated | | | |

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
|  | November 3, 2008 *(failure to follow Chancery Rules and allow defendants time to respond to a presuit demand)*. |  |  |  |
| 3 | Plaintiff's First Amended Petition – *Paul McKim, et al. v. Nasser Kazeminy, et al. and Deep Marine Holdings, Inc. and Deep Marine Technologies, Incorporated,* Case No. 2008-64385, 129th Judicial District, Harris County, Texas, dated June 11, 2009 *(filed two months following dismissal of first Delaware action)*. |  |  |  |
| 4 | Amended Motion to Dismiss and Order Granting Amended Motion to Dismiss - *Paul McKim, et al. v. Nasser Kazeminy, et al. and Deep Marine Holdings, Inc. and Deep Marine Technologies, Incorporated,* Case No. 2008-64385, 129th Judicial District, Harris County, Texas, dated August 3, 2009 *(defendants sought and obtained dismissal of the suit because claims were derivative and plaintiff lacked standing because he was no longer a shareholder)*. |  |  |  |
| 5 | (LIVE) Verified Complaint – *FLI Deep Marine LLC, Bressner Partners Ltd., Logan Langberg and Harley Langberg v. Paul McKim, et al,* In the Court of Chancery of the State of Delaware dated October 26, 2009 *(filed two months following dismissal of Texas action)*. |  |  |  |
| 6 | (LIVE) Verified Complaint – *Deepwork, Inc. v. Paul McKim, et al,* In the Court of Chancery of the State of Delaware dated October 29, 2009 *(copycat complaint to Exhibit 5)*. |  |  |  |
| 7 | Suggestion of Bankruptcy as filed on December 4, 2009, in *FLI Deep Marine LLC, Bressner Partners Ltd., Logan Langberg and Harley Langberg v. Paul McKim, et al,* In the Court of Chancery of the State of Delaware and *Deepwork, Inc. v. Paul McKim, et al,* In the Court of Chancery of the State of Delaware |  |  |  |

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 8 | Case History Search as of January 14, 2010 for *FLI Deep Marine LLC, Bressner Partners Ltd., Logan Langberg and Harley Langberg v. Paul McKim, et al,* In the Court of Chancery of the State of Delaware *(Docket Sheet for Live Complaint at Exhibit 5).* | | | |
| 9 | Case History Search as of January 14, 2010 for *Deepwork, Inc. v. Paul McKim, et al,* In the Court of Chancery of the State of Delaware *(Docket Sheet for Live Complaint at Exhibit 6).* | | | |
| 10 | Letter dated December 8, 2009, to Vice Chancellor, Leo E. Strine, Jr. of the Court of Chancery of Delaware from Laurie Schenker Polleck at Jaspen Schelesinger re: the filing of Deep Marine Holdings, Inc. and Deep Marine Technologies Incorporated Chapter 11 *(advising Delaware Court of Plaintiffs' intent to pursue claims against non-debtors).* | | | |
| 11 | Letter dated December 11, 2009, to Vice Chancellor, Leo E. Strine, Jr. of the Court of Chancery of Delaware from K.B. Battaglini at Greenberg Traurig re: the filing of Deep Marine Holdings, Inc. and Deep Marine Technologies Incorporated Chapter 11 *(advising Delaware Court of automatic stay (again) and derivative nature of claims against all defendants).* | | | |
| 12 | Letter dated January 15, 2010, to attorneys for Delaware Plaintiffs from Marcy E. Kurtz at Bracewell & Giuliani, LLP *(requesting Delaware Plaintiffs to stay prosecution of all causes of action pending a Bankruptcy Court determination of the derivative nature of claims per § 541).* | | | |
| 13 | Letter dated January 19, 2010, to Marcy E. Kurtz from Anthony Paduano at Paduano & Weintraub, LLP re: intent of the plaintiffs in *FLI Deep Marine LLC, Bressner Partners Ltd., Logan Langberg and Harley Langberg v. Paul McKim, et al,* In the Court of Chancery of the State of Delaware *(stating Delaware Plaintiffs' intention to continue to prosecute the causes of action in that case).* | | | |

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 14 | Various emails re: notice of Original Complaint and Application for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction and Hearing on Application for Temporary Restraining Order | | | |

The Debtors reserve the right to utilize rebuttal exhibits as necessary. The Debtors reserves the right to supplement this Exhibit List.

Dated: January 20, 2010.

        Respectfully submitted,

        **BRACEWELL & GIULIANI LLP**

        By: _/s/ Marcy E. Kurtz_
            Marcy E. Kurtz
            Texas Bar No. 11768600
            Marcy.Kurtz@bgllp.com
            William A. (Trey) Wood III
            Texas Bar No. 21916050
            Trey.Wood@bgllp.com
            Jason G. Cohen
            Texas Bar No. 24050435
            Jason.Cohen@bgllp.com
            Bracewell & Giuliani LLP
            711 Louisiana, Suite 2300
            Houston, Texas 77002
            Telephone:  (713) 223-2300
            Facsimile:  (713) 221-1212

        **PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 20, 2010, a true and correct copy of this document was served on all parties listed below and on the attached service list by electronic means as listed on the court's ECF noticing system and by electronic mail as indicated.

*/s/ Jason G. Cohen*
Jason G. Cohen

Service via electronic mail:

Laurie Schenker Polleck
lpolleck@jshllp-de.com
JASPAN SCHLESINGER HOFFMAN LLP
913 N. Market Street
Wilmington, Delaware 19801

Kurt M. Heyman
kheyman@proctorheyman.com
Patricia L. Enerio
penerio@proctorheyman.com
PROCTOR HEYMAN LLP
1116 N. West Street
Wilmington, Delaware 19801

Anthony Paduano
ap@pwlawyers.com
Katherine B. Harrison
kh@pwlawyers.com
Jason J. Snyder
jjs@pwlawyers.com
Jordan Becker
jdb@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, 9th Floor
New York, New York 10020

Rick. S. Miller
RMiller@eapdlaw.com
FERRY, JOSEPH & PEARCE, P.A.
824 North Market Street, Suite 904
Wilmington, Delaware 19801

David S. Eagle
deagle@klehr.com
Kelly A. Green
KGreen@klehr.com
KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
919N. Market Street, Suite 1000
Wilmington, Delaware 19801

Robert P. Weinstine
RWeinstine@winthrop.com
David M. Aafedt
Joseph M. Windler
JWindler@winthrop.com
WINTHROP & WEINSTINE PA
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402

| | |
|---|---|
| Denise Seastone Kraft<br>DKraft@eapdlaw.com<br>K. Tyler O'Connell<br>toconnell@eapdlaw.com<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street, 15th Floor<br>Wilmington, Delaware 19801 | John J. Murphy<br>jmurphy@stradley.com<br>Kevin W. Goldstein<br>kgoldstein@stradley.com<br>STRADLEY RONON STEVENS & YOUNG LLP<br>300 Delaware Avenue, Suite 800<br>Wilmington, Delaware 19801 |
| Richard A. Lesser<br>lesser@divelaw.com<br>LESSER &ASSOCIATES<br>423 South Pacific Coast Highway<br>Suite 206<br>Redondo Beach, California 90277 | Thomas J. Cortazzo<br>tcortazzo@bhbmlaw.com<br>BALDWIN HASPEL BURKE & MAYER LLC<br>Energy Centre, 22nd Floor<br>1100 Poydras Street<br>New Orleans, Louisiana 70163 |
| Joseph C. Schoell<br>Joseph.Schoell@dbr.com<br>Todd C. Schiltz<br>Todd.Schiltz@dbr.com<br>DRINKER BIDDLE & REATH LLP<br>1100 North Market Street<br>Wilmington, Delaware 19801 | Geoffrey L. Harrison<br>gharrison@susmangodfrey.com<br>Sammy Ford IV<br>sford@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 |
| K.B. Battaglini<br>BattagliniK@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1000 Louisiana Street<br>Suite 1700<br>Houston, Texas 77002 | |