

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/28/2010

| | | |
|---|---|---|
| IN RE: | § | |
| **DEEP MARINE HOLDINGS, INC.**, *et al*, | § | Case No. 09-39313 |
| Debtor(s). | § | |
| | § | Chapter 11 |
| | § | |
| **DEEP MARINE HOLDINGS, INC.**, *et al*, | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | Adversary No. 10-3026 |
| | § | |
| **FLI DEEP MARINE LLC**, *et al*, | § | |
| Defendant(s). | § | Judge Isgur |

## ORDER ON DISCOVERY DISPUTES

At today's emergency hearing, the Defendants limited their discovery requests to the five categories of documents listed on pages 7-8 of attachment "H" to docket #22.

For the reasons stated on the record, (i) the Court compels the production of items 2, 3 and 5, and denies the motion to compel the production of items 1 and 4; and (ii) the Court protects the Debtor against having to produce items 1 and 4, and denies protection as to items 2, 3 and 5.

Additionally, the Court denies the Debtor's motion to protect witnesses from giving depositions, but orders that the scope of the depositions will be as set forth at the temporary restraining order hearing and as set forth on today's record.

SIGNED **January 27, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE