IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **DEEP MARINE HOLDINGS, INC.,** § | Case No. 09-39313 | |
| et al. § | | |
| § | Jointly Administered | |
| Debtors. § | Chapter 11 | |

| | | |
|---|---|---|
| **DEEP MARINE HOLDINGS, INC.,** § | | |
| and **DEEP MARINE TECHNOLOGY** § | | |
| **INCORPORATED** § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | |
| § | Adversary No. 10-03026 | |
| **FLI DEEP MARINE LLC, BRESSNER** § | | |
| **PARTNERS LTD., LOGAN LANGBERG** § | | |
| **HARLEY LANGBERG, AND** § | | |
| **DEEPWORK, INC.** § | | |
| § | | |
| Defendants. § | | |

**DEBTORS' OBJECTION/RESPONSE TO MOTION OF PAUL MCKIM
FOR ENTRY OF ORDER REGARDING SUBPOENA**
(Relates to Doc. No. 38)

The above-captioned debtors and debtors-in-possession, the plaintiffs in this adversary proceeding (together, the "Debtors"), by and through their undersigned attorneys, respectfully file this objection and response to the Motion of Paul McKim for Entry of Order Regarding Subpoena, and would show as follows:

1. The Debtors object to the production of the 2009 report of the Special Committee of Deep Marine Holdings, Inc. and/or Deep Marine Technology Incorporated (the "SLC Report") by Paul McKim or any other party not so authorized by the Debtors or this Court.

2. **The subpoena for the SLC Report is a direct violation of the automatic stay and the Temporary Restraining Order entered in this adversary proceeding (the "<u>TRO</u>").** The SLC Report relates solely to the merits of the Delaware Causes of Action[1] and is the property of the Debtors. In fact, the report was created by the Debtors in response to a demand letter sent to the Board of Directors of Deep Marine Holdings, Inc. by Mr. Paduano. That letter is attached hereto as Exhibit A. The allegations in that letter are clearly derivative. Nonetheless, defendants FLI Deep Marine LLC, Bressner Partners, Ltd., Logan Langberg, and Harley Langberg (the "<u>Defendants</u>"), all represented by Mr. Paduano, now seek production of the SLC Report in the context of discovery related to a preliminary injunction hearing in this adversary proceeding. However, the Court has already stated that such discovery should *not* go to the merits of the Delaware Causes of Action. The subpoena is a clear attempt to prosecute the Delaware Causes of Action, and therefore is a violation of the automatic stay (as such prosecution is an attempt to exercise control over the Debtors' property) as well as the Court's TRO (as Defendants are specifically prohibited from prosecuting the Delaware Causes of Action).

3. **The subpoena for the SLC Report is a direct attempt to circumvent the rulings of other courts and should therefore be denied.** As Mr. McKim's motion states, the court in *Paul McKim, Individually and Derivatively on behalf of Nominal Defendants Deep Marine Holdings, Inc. and Deep Marine Technology, Inc., v. Nasser Kazeminy, Otto Candies, Jr., John Hudgens, DCC Ventures LLC, Otto Candies LLC, NJK Holding Corporation, Otto Candies III, John Ellingboe, Daniel Erickson, Larry Lenig, Jr., Bruce C. Gilman, Eugene DePalma, and Wade Abadie, Jr.*, Cause No. 2008-64385 in the 129th Judicial District of Harris

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Debtors' Original Complaint and Application for Temporary Restraining Order, Preliminary Injunction and Permanent

County has already ordered that the SLC Report be protected from full disclosure.  Furthermore, upon information and belief, the Court of Chancery of Delaware currently has motions before it related to the terms of confidentiality under which the SLC Report should be produced (in connection with the merits of the Delaware Actions).  The Debtors realize that the TRO stays Defendants from prosecuting the Delaware Actions.  Nonetheless, it is important that this Court note that Defendants' attempt to subpoena the SLC Report in this proceeding is an end run around a matter under consideration in the Court of Chancery of Delaware.  To the extent the Delaware Causes of Action are eventually found to belong to the Defendants, the Court of Chancery of Delaware should make the decision regarding the terms of confidentiality of production of the SLC Report.

4. **The SLC Report is completely irrelevant to discovery related to the preliminary injunction hearing.**  The Debtors have stipulated that, for the purposes of the preliminary injunction hearing only, all facts in the Delaware Causes of Action shall be deemed to be true.  The SLC Report goes only to the facts set forth in the Delaware Complaints, and is therefore irrelevant.

5. **The SLC Report is the property of the Debtors and is subject to attorney-client privilege and attorney work product privilege.**  The SLC Report was produced by Special Investigatory and Litigation Counsel hired by the Special Litigation Committee of the Boards of Directors of the Debtors.  Mr. McKim acquired the SLC Report only in his former capacity as an officer or director of the Debtors.  The attoney-client and work product privileges may *not* be waived by Mr. McKim.  Rather the privileges now belong to Mr. John Bittner, current Chief Restructuring Officer.  Mr. Bittner does *not* presently waive these privileges.  Consequently, the SLC Report should not be produced by Mr. McKim.

---

Injunction.

HOUSTON\2357372.1                                                                 -3-

WHEREFORE, premises considered, the Debtors object and respond to the Motion of Paul McKim for Entry of Order Regarding Subpoena, and respectfully request that this Court enter an order prohibiting the production of the SLC Report.

**BRACEWELL & GIULIANI LLP**

By:  */s/ Marcy E. Kurtz*
 Marcy E. Kurtz
 Texas Bar No. 11768600
 Marcy.Kurtz@bgllp.com
 William A. (Trey) Wood III
 Texas Bar No. 21916050
 Trey.Wood@bgllp.com
 Jason G. Cohen
 Texas Bar No. 24050435
 Jason.Cohen@bgllp.com
 Bracewell & Giuliani LLP
 711 Louisiana, Suite 2300
 Houston, Texas 77002
 Telephone:   (713) 223-2300
 Facsimile:   (713) 221-1212

**ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading was served upon the parties listed below by electronic mail on February 4, 2010.

                                              */s/ Jason G. Cohen*
                                              Jason G. Cohen

Laurie Schenker Polleck
lpolleck@jshllp-de.com
JASPAN SCHLESINGER HOFFMAN LLP
913 N. Market Street
Wilmington, Delaware 19801

Kurt M. Heyman
kheyman@proctorheyman.com
Patricia L. Enerio
penerio@proctorheyman.com
PROCTOR HEYMAN LLP
1116 N. West Street
Wilmington, Delaware 19801

Anthony Paduano
ap@pwlawyers.com
Katherine B. Harrison
kh@pwlawyers.com
Jason J. Snyder
jjs@pwlawyers.com
Jordan Becker
jdb@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, 9th Floor
New York, New York 10020

Denise Seastone Kraft
DKraft@eapdlaw.com
K. Tyler O'Connell
toconnell@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, Delaware 19801

Rick. S. Miller
RMiller@eapdlaw.com
FERRY, JOSEPH & PEARCE, P.A.
824 North Market Street, Suite 904
Wilmington, Delaware 19801

David S. Eagle
deagle@klehr.com
Kelly A. Green
KGreen@klehr.com
KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
919N. Market Street, Suite 1000
Wilmington, Delaware 19801

Robert P. Weinstine
RWeinstine@winthrop.com
David M. Aafedt
Joseph M. Windler
JWindler@winthrop.com
WINTHROP & WEINSTINE PA
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402

John J. Murphy
jmurphy@stradley.com
Kevin W. Goldstein
kgoldstein@stradley.com
STRADLEY RONON STEVENS & YOUNG LLP
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801

Richard A. Lesser
lesser@divelaw.com
LESSER &ASSOCIATES
423 South Pacific Coast Highway
Suite 206
Redondo Beach, California 90277

Joseph C. Schoell
Joseph.Schoell@dbr.com
Todd C. Schiltz
Todd.Schiltz@dbr.com
DRINKER BIDDLE & REATH LLP
1100 North Market Street
Wilmington, Delaware 19801

K.B. Battaglini
BattagliniK@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street
Suite 1700
Houston, Texas 77002

Thomas J. Cortazzo
tcortazzo@bhbmlaw.com
BALDWIN HASPEL BURKE & MAYER LLC
Energy Centre, 22nd Floor
1100 Poydras Street
New Orleans, Louisiana 70163

Geoffrey L. Harrison
gharrison@susmangodfrey.com
Sammy Ford IV
sford@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002