

ENTERED
03/02/2010

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **DEEP MARINE HOLDINGS, INC.,** *et al*, | § | **Case No. 09-39313** |
| Debtor(s). | § | |
| | § | **Chapter 11** |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** *et al*, | § | |
| Plaintiff(s) | § | |
| | § | |
| **VS.** | § | **Adversary No. 10-3026** |
| | § | |
| **FLI DEEP MARINE LLC,** *et al*, | § | |
| Defendant(s). | § | **Judge Isgur** |

### ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION FOR PROTECTIVE ORDER AND TO SHOW CAUSE

1.      The subpoenas for witnesses to give depositions scheduled for March 1, 2010 and March 3, 2010 are quashed.  Reasonable notice was not given to the Plaintiffs.

2.      The Defendants may issue new subpoenas and give reasonable notice.

3.      The documents required to be produced by the now-quashed subpoenas include documents that pertain only to the underlying merits of the Delaware litigation and not to the merits of the litigation before this Court.  If new subpoenas are issued, the document list and the subjects of the deposition must relate to the merits of the lawsuit before this Court.  Discovery in furtherance of the Delaware litigation (i.e., the underlying merits of the disputes) is stayed by § 362.  Continued prosecution of the Delaware litigation violates both the automatic stay and this Court's prior orders.

4.      On March 30, 2010 at 1:30 p.m., the Defendants must show cause why the Plaintiffs should not be awarded:

   A.      Actual damages from the Defendants' violations of the automatic stay and this Court's prior orders; and

   B.      Exemplary damages from the Defendants' willful violations of the automatic stay and this Court's prior orders.

SIGNED **March 2, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE