

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**ENTERED
03/23/2010**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **DEEP MARINE HOLDINGS, INC.,** *et al*, | § | **Case No. 09-39313** |
|     **Debtor(s).** | § | |
| | § | **Chapter 11** |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** *et al*, | § | |
|     **Plaintiff(s)** | § | |
| | § | |
| **VS.** | § | **Adversary No. 10-03026** |
| | § | |
| **FLI DEEP MARINE LLC,** *et al*, | § | |
|     **Defendant(s).** | § | **Judge Isgur** |

<u>**Order**</u>

For the reasons set forth on the record on March 19, 2010, the Court orders the following:

1.      Debtors must file a statement by April 9, 2010 setting forth who, according to the Debtors' records, received a copy of the 2009 report of the Special Committee of Deep Marine Holdings, Inc. and/or Deep Marine Technology Incorporated ("SLC Report").

2.      Debtors must send a letter by April 16, 2010 to every individual who was a Recipient of the SLC Report ("Recipient").  The letter must direct each Recipient to disclose to the Debtors every person with whom the respective Recipient shared the Report by April 30, 2010.

3.      The Debtors must file a supplemental report by May 7, 2010 identifying each person who has received the SLC Report, whether from the Debtors or from a Recipient.

4.      The parties must submit briefs by May 21, 2010 concerning the issue of whether the SLC Report is protected by the attorney-client privilege.

On May 27 at 3 p.m., the Court will hear argument (and receive evidence, if necessary) on the attorney-client privilege issue.  The Court will also hold a status conference to set the preliminary injunction hearing at that time.

SIGNED <u>**March 23, 2010.**</u>


_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE