IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** § § **DEEP MARINE HOLDINGS, INC.,** § et al. § § **Debtors.** § § | | **Case No. 09-39313** **Jointly Administered** **Chapter 11** |
| **DEEP MARINE HOLDINGS, INC.,** and **DEEP MARINE TECHNOLOGY INCORPORATED** § § § § **Plaintiffs,** § § v. § § **FLI DEEP MARINE LLC, BRESSNER** § **PARTNERS LTD., LOGAN LANGBERG** § **HARLEY LANGBERG, AND** § **DEEPWORK, INC.** § § **Defendants.** § | | **Adversary No. 10-03026** |

**UNOPPOSED EMERGENCY MOTION FOR CONTINUANCE**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

Come now Deep Marine Holdings, Inc. and Deep Marine Technology Incorporated, debtors and debtors-in-possession, as plaintiffs in this adversary proceeding (together, the "Debtors"), by and through their undersigned attorneys, and respectfully file this Emergency Motion for Continuance, and in support thereof, represent as follows:

1. On March 23, 2010, the Court issued an Order setting a hearing on, among other things, the application of attorney-client privilege to the SLC Report. That hearing is set for 3:00 p.m. on May 27, 2010 (the "SLC Hearing").

2. The Debtors request that the Court continue the SLC Hearing to the next available hearing date after May 28, 2010. Counsel for the Debtors who was prepared to handle the SLC Hearing is ill and unable to attend the SLC Hearing as presently scheduled. In order to avoid duplication of effort, the Debtors have not prepared alternative counsel to handle the SLC Hearing, and therefore seek this continuance.

3. Counsel for the Debtors has consulted with counsel for the Defendants, and the Defendants do not oppose the relief requested herein, provided that the Debtors seek the shortest possible continuance. Debtors do not oppose resetting the SLC Hearing to June 2, 2010, following the Debtors' 9:00 a.m. confirmation hearing, if the Court's schedule permits.

WHEREFORE, premises considered, the Debtors request that the Court continue the SLC Hearing to the soonest available hearing date after May 28, 2010.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: _/s/ Jason G. Cohen_
 Marcy E. Kurtz
 Texas Bar No. 11768600
 Marcy.Kurtz@bgllp.com
 William A. (Trey) Wood III
 Texas Bar No. 21916050
 Trey.Wood@bgllp.com
 Jason G. Cohen
 Texas Bar No. 24050435
 Jason.Cohen@bgllp.com
 711 Louisiana, Suite 2300
 Houston, Texas 77002
 Telephone: (713) 223-2300
 Facsimile: (713) 221-1212

**ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served upon the parties listed below by electronic mail on May 27, 2010.

/s/ Jason G. Cohen
Jason G. Cohen

Laurie Schenker Polleck
lpolleck@jshllp-de.com
JASPAN SCHLESINGER HOFFMAN LLP
913 N. Market Street
Wilmington, Delaware 19801

Lisa M. Mastrodomenico
Michael A. Leon
JASPAN SCHLESINGER LLP
300 Garden City Plaza
Garden City, New York 11530

Kurt M. Heyman
kheyman@proctorheyman.com
Patricia L. Enerio
penerio@proctorheyman.com
PROCTOR HEYMAN LLP
1116 N. West Street
Wilmington, Delaware 19801

Anthony Paduano
ap@pwlawyers.com
Katherine B. Harrison
kh@pwlawyers.com
Jason J. Snyder
jjs@pwlawyers.com
Jordan Becker
jdb@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, 9th Floor
New York, New York 10020

Rick. S. Miller
RMiller@eapdlaw.com
FERRY, JOSEPH & PEARCE, P.A.
824 North Market Street, Suite 904
Wilmington, Delaware 19801

David S. Eagle
deagle@klehr.com
Kelly A. Green
KGreen@klehr.com
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
919N. Market Street, Suite 1000
Wilmington, Delaware 19801

Robert P. Weinstine
RWeinstine@winthrop.com
David M. Aafedt
Joseph M. Windler
JWindler@winthrop.com
WINTHROP & WEINSTINE PA
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402

-4-

Denise Seastone Kraft
DKraft@eapdlaw.com
K. Tyler O'Connell
toconnell@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE LLP
919 North Market Street, 15th Floor
Wilmington, Delaware 19801

Richard A. Lesser
lesser@divelaw.com
LESSER &ASSOCIATES
423 South Pacific Coast Highway
Suite 206
Redondo Beach, California 90277

Joseph C. Schoell
Joseph.Schoell@dbr.com
Todd C. Schiltz
Todd.Schiltz@dbr.com
DRINKER BIDDLE & REATH LLP
1100 North Market Street
Wilmington, Delaware 19801

K.B. Battaglini
BattagliniK@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002

John J. Murphy
jmurphy@stradley.com
Kevin W. Goldstein
kgoldstein@stradley.com
STRADLEY RONON STEVENS
& YOUNG LLP
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801

Thomas J. Cortazzo
tcortazzo@bhbmlaw.com
BALDWIN HASPEL BURKE
& MAYER LLC
Energy Centre, 22nd Floor
1100 Poydras Street
New Orleans, Louisiana 70163

Geoffrey L. Harrison
gharrison@susmangodfrey.com
Sammy Ford IV
sford@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

Peter C. Ruggero
peter.ruggero@haynesboone.com
HAYNES BOONE LLP
1221 McKinney St., Ste 2100
Houston, TX 77010