IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **DEEP MARINE HOLDINGS, INC.,** § | **Case No. 09-39313** | |
| et al. § | | |
| § | **Jointly Administered** | |
| **Debtors.** § | **Chapter 11** | |

| | | |
|---|---|---|
| **DEEP MARINE HOLDINGS, INC.,** § | | |
| and **DEEP MARINE TECHNOLOGY** § | | |
| **INCORPORATED** § | | |
| § | | |
| **Plaintiffs,** § | | |
| § | | |
| v. § | | |
| § | **Adversary No. 10-03026** | |
| **FLI DEEP MARINE LLC, BRESSNER** § | | |
| **PARTNERS LTD., LOGAN LANGBERG** § | | |
| **HARLEY LANGBERG, AND** § | | |
| **DEEPWORK, INC.** § | | |
| § | | |
| **Defendants.** § | | |

## ORDER GRANTING UNOPPOSED EMERGENCY MOTION FOR CONTINUANCE

The Court has considered the Debtors' unopposed emergency motion for continuance of the hearing presently set for May 27, 2010 in the above caption adversary proceeding, and finding that the motion is unopposed and that sufficient cause exists to grant the motion, the Court hereby,

ORDERS that the hearing set for May 27, 2010, in the above captioned adversary proceeding is continued to _____, 2010, at _____.m.

Signed, this ____ day of _____ 2010.

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

HOUSTON\2388605.1