

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/01/2010

| | | |
|---|---|---|
| IN RE: | § | |
| **DEEP MARINE HOLDINGS, INC.,** *et al*, | § | Case No. 09-39313 |
| Debtor(s). | § | |
| | § | Chapter 11 |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** *et al*, | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | Adversary No. 10-03026 |
| | § | |
| **FLI DEEP MARINE LLC,** *et al*, | § | |
| Defendant(s). | § | Judge Isgur |

## ORDER

For the reasons set forth on the record on this date, the Plaintiffs are ordered to produce the Special Committee's Report to the Defendants.

SIGNED **May 27, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1