IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/17/2010

| | | |
|---|---|---|
| **In Re:** § § | | |
| **DEEP MARINE HOLDINGS, INC.,** § et al. § | Case No. 09-39313 | |
| § | Jointly Administered | |
| Debtors.  § | Chapter 11 | |
| **DEEP MARINE HOLDINGS, INC.,** § and **DEEP MARINE TECHNOLOGY** § **INCORPORATED** § § | | |
| Plaintiffs, § § | | |
| v. § § | **Adversary No. 10-03026** | |
| **FLI DEEP MARINE LLC,** *et al* § § | | |
| Defendants. § | | |
| **OFFICIAL COMMITTEE OF** § **UNSECURED CREDITORS** § Plaintiff, § § | | |
| v. § § | **Adversary No. 10-03116** | |
| **FLI DEEP MARINE LLC,** *et al.* § § | | |
| Defendants. § | | |

## ABATEMENT ORDER

As set forth on the record on September 7, 2010, all deadlines in Adversary Nos. 10-03026 and 10-03116 are abated until November 18, 2010. The Court will conduct a status conference on November 18, 2010, at 9:00 a.m.

The parties to the above titled adversary proceedings, as well as the defendants in Adversary No. 10-03312 (i.e. Nasser Kazeminy, NJK Holding, Corp., DCC Ventures, LLC, Otto B. Candies, Jr., Otto B. Candies, III, Otto Candies, LLC, and Candies Shipbuilders, LLC), are

-2-

involved in settlement discussions.  If those parties have not entered into a written settlement agreement by October 7, 2010, then those parties are ordered to conduct face-to-face settlement discussions, which must be conducted on or before October 28, 2010 (the "Settlement Meeting").  Representatives with full settlement authority must be present at the Settlement Meeting.  The Settlement Meeting may include a mediator, if the parties so choose.

If the parties have not reached a settlement, then the parties to the above titled adversary proceedings must file a joint case management order by November 16, 2010, at 10:00 a.m.  The order must propose the necessary deadlines for proceeding forward in all stages of this litigation.

DATED _____

Signed: September 17, 2010

_____
Marvin Isgur
Chief United States Bankruptcy Judge