

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/10/2011

| | | |
|---|---|---|
| **In Re:** § § | | |
| **DEEP MARINE HOLDINGS, INC.,** § et al. § | **Case No. 09-39313** | |
| § § | **Jointly Administered** | |
| Debtors. § | **Chapter 11** | |
| **DEEP MARINE HOLDINGS, INC.,** § and **DEEP MARINE TECHNOLOGY** § **INCORPORATED** § § | | |
| Plaintiffs, § § | | |
| v. § § | **Adversary No. 10-03026** | |
| **FLI DEEP MARINE LLC, BRESSNER** § **PARTNERS LTD., LOGAN LANGBERG** § **HARLEY LANGBERG, AND** § **DEEPWORK, INC.** § § | | |
| Defendants. § | | |

### ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT DEEPWORK, INC.

DENIED.  Service on an entity by Federal Express to a Canadian address does not satisfy the requirements of Rule 7004.

Signed: February 10, 2011

Marvin Isgur
Chief United States Bankruptcy Judge